| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

UNITED STATES OF AMERICA §
§
*versus* § CASE NO. 4:14-CR-53(1)
§
CYRUS GHARIB §

## MEMORANDUM AND ORDER

Defendant Cyrus Gharib's ("Gharib") *pro se* Motion to Include Documentation of Support for Pending Petition for Reduction of Sentence (#499) is denied as moot. On August 13, 2021, the court entered an order denying Gharib's *pro se* Motion to Reduce Sentence (#483); Gharib has no other pending motions before this court.

**Signed this date**
Sep 24, 2021

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE